IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Piet, Edmund S | Case Number: 06 B 00640 |
| Piet, Holli A | Judge: Wedoff, Eugene R |
| Printed: 9/23/08 | Filed: 1/25/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: July 16, 2008
Confirmed: March 16, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 14,640.00 | |
| Secured: | | 9,159.31 |
| Unsecured: | | 1,725.70 |
| Priority: | | 0.00 |
| Administrative: | | 2,500.00 |
| Trustee Fee: | | 742.21 |
| Other Funds: | | 512.78 |
| Totals: | 14,640.00 | 14,640.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 2,500.00 | 2,500.00 |
| 2. | CCO Mortgage/RBS Citizens | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | Mazda American Credit | Secured | 6,474.74 | 6,474.74 |
| 5. | Wells Fargo Home Mortgage | Secured | 16,115.66 | 500.57 |
| 6. | CCO Mortgage/RBS Citizens | Secured | 2,184.00 | 2,184.00 |
| 7. | Capital One | Unsecured | 97.99 | 17.25 |
| 8. | ECast Settlement Corp | Unsecured | 1,152.89 | 422.03 |
| 9. | Charming Shoppes-Fashion Bug | Unsecured | 20.38 | 0.00 |
| 10. | Capital One | Unsecured | 155.48 | 27.36 |
| 11. | Capital One | Unsecured | 150.73 | 26.52 |
| 12. | American Express Centurion | Unsecured | 193.01 | 70.63 |
| 13. | RoundUp Funding LLC | Unsecured | 59.61 | 16.20 |
| 14. | Asset Acceptance | Unsecured | 138.98 | 24.46 |
| 15. | Vector Marketing | Unsecured | 5.71 | 0.00 |
| 16. | Wells Fargo Financial | Unsecured | 112.54 | 19.81 |
| 17. | Kohl's/Kohl's Dept Stores | Unsecured | 129.92 | 47.53 |
| 18. | Mitsubishi Motors Credit Of America | Unsecured | 951.56 | 258.59 |
| 19. | National Capital Management | Unsecured | 334.19 | 90.81 |
| 20. | Resurgent Capital Services | Unsecured | 407.30 | 149.07 |
| 21. | Household | Unsecured | 374.00 | 0.00 |
| 22. | Resurgent Capital Services | Unsecured | 95.18 | 34.84 |
| 23. | Resurgent Capital Services | Unsecured | 26.76 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 85.62 | 31.34 |
| 25. | Wells Fargo Fin Acceptance | Unsecured | 215.81 | 58.65 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | | |
|---|---|---|---|---|
| **IN RE:** | Piet, Edmund S | | Case Number: | 06 B 00640 |
| | Piet, Holli A | | Judge: | Wedoff, Eugene R |
| | Printed: 9/23/08 | | Filed: | 1/25/06 |

| | | | | |
|---|---|---|---|---|
| 26. | RoundUp Funding LLC | Unsecured | 254.76 | 69.23 |
| 27. | Resurgent Capital Services | Unsecured | 759.04 | 277.80 |
| 28. | National Capital Management | Unsecured | 74.53 | 20.25 |
| 29. | Portfolio Recovery Associates | Unsecured | 108.51 | 19.09 |
| 30. | Resurgent Capital Services | Unsecured | 120.95 | 44.24 |
| 31. | Ceridian Corp | Unsecured | | No Claim Filed |
| 32. | Chicago Tribune | Unsecured | | No Claim Filed |
| 33. | Home Depot | Unsecured | | No Claim Filed |
| 34. | Advocate Medical Group S.C. | Unsecured | | No Claim Filed |
| 35. | Dish Network | Unsecured | | No Claim Filed |
| 36. | Kohl's Food Store | Unsecured | | No Claim Filed |
| 37. | FIGI | Unsecured | | No Claim Filed |
| 38. | Darvin Furniture | Unsecured | | No Claim Filed |
| 39. | Home Depot | Unsecured | | No Claim Filed |
| 40. | Parkview Orthopaedic Group | Unsecured | | No Claim Filed |
| 41. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 42. | Lowe's | Unsecured | | No Claim Filed |
| 43. | National Geographic Service | Unsecured | | No Claim Filed |
| 44. | Mitsubishi Motors Credit Of America | Unsecured | | No Claim Filed |
| 45. | Monogram Bank | Unsecured | | No Claim Filed |
| 46. | National Geographic Service | Unsecured | | No Claim Filed |
| 47. | Palos Pathology LTD | Unsecured | | No Claim Filed |
| 48. | Palos Community Hospital | Unsecured | | No Claim Filed |
| 49. | Richard McKane DDS | Unsecured | | No Claim Filed |
| 50. | Safeco Insurance | Unsecured | | No Claim Filed |
| 51. | Sprint PCS | Unsecured | | No Claim Filed |
| 52. | Sony Electronics, Inc | Unsecured | | No Claim Filed |
| 53. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 54. | Swiss Colony | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 33,299.85 | $ 13,385.01 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 134.20 |
| 5% | 61.00 |
| 4.8% | 175.68 |
| 5.4% | 349.18 |
| 6.5% | 22.15 |
| | _____ |
| | $ 742.21 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Piet, Edmund S | Case Number:  06 B 00640 |
| Piet, Holli A | Judge:  Wedoff, Eugene R |
| Printed:  9/23/08 | Filed:  1/25/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

